IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA C. GANDY,                                                                                         PLAINTIFF

v.                                         3:22CV00194-KGB-JTK

COREY OVERSTREET, et al.                                                                           DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

**I.     Introduction**

Joshua C. Gandy ("Plaintiff") was in custody at the Poinsett County Detention Center when he filed this action. (Doc. No. 1). On August 1, 2022, the Court directed Plaintiff to either file a motion to proceed in forma pauperis ("IFP Motion") or pay the $402 statutory filing and administrative fees within 30 days, or by August 31, 2022. (Doc. No. 2).

Plaintiff has not paid the $402 filing and administrative fees, filed an IFP Motion, or otherwise responded to the Court's August 1, 2022 Order. Further, mail from the Court to Plaintiff at his address of record was returned as undeliverable with the notation "not at this

address" on each envelope. (Doc. Nos. 3-5). It appears that Plaintiff failed to update the Court of his change in address.

Rule 5.5(c)(2) of the Local Rules for the United States District Court for the Eastern and Western Districts of Arkansas provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

LOCAL RULE 5.5(c)(2). Because Plaintiff has not responded to the Court's August 1, 2022 Order, his case should be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b).

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint be DISMISSED without prejudice for failure to prosecute.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith..

Dated this 2nd day of September, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE