**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOSHUA C. GANDY**                                                                        **PLAINTIFF**

**v.**                                         **Case No. 3:22-cv-00194-KGB**

**COREY OVERSTREET,** *et al.*                                                    **DEFENDANTS**

## ORDER

When plaintiff Joshua C. Gandy filed this lawsuit, he was in custody at the Poinsett County Detention Center ("PCDC") (Dkt. No. 1).   On August 8, 2022, August 9, 2022, August 22, 2022, and September 15, 2022, mail to Mr. Gandy at the PCDC was returned undeliverable (Dkt. Nos. 3, 4, 5, 7).   As a result, the Court entered a show cause Order to require Mr. Gandy to inform the Court of his current contact information within 30 days of the entry of the Show Cause Order and to provide the Court with a valid mailing address (Dkt. No. 8).   The Court notified Mr. Gandy that his failure to provide the Court with a valid mailing address within 30 days of the entry of this Order may result in dismissal of this case without prejudice for failure to prosecute (*Id.*).   *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.   As of the date of this Order, Mr. Gandy has not complied with or otherwise responded to the Court's September 16, 2022, Order, and the time for doing so has passed.   Accordingly, Mr. Gandy's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1), and the pending Proposed Findings and Recommendations are denied as moot (Dkt. No. 6).   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 6th day of February, 2023.

Kristine G. Baker
United States District Judge